# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOSEPH N. DENARDO, SHARI DENARDO,   :   No. 43 WM 2023
LAKEMONT GARDENS, LLC, ASHWOOD   :
LAND PARTNERS, LP, ASHWOOD   :
COMMONS, LLC,   :
  :
          Petitioners   :
  :
  :
      v.   :
  :
  :
TWENTY-SEVENTH JUDICIAL DISTRICT,   :
  :
          Respondent   :

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of August, 2023, Petitioners' Application for Leave to File Original Process in the Supreme Court is denied without prejudice to pursue in the regular course the issues sought to be addressed in the appropriate pending appeals before the Superior Court. The respective Applications of North Strabane Township and the Pennsylvania Department of Environmental Protection to Intervene as Respondent to Petitioner's Proposed Petition for Prohibition are denied as moot.